# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARDELL COUNCIL, | ) Case No. CV 13-05101 VBF (MRW) |
| Petitioner, | ) |
| v. | ) RULE 58 FINAL JUDGMENT |
| J. MACDONALD, Warden, | ) |
| Respondent. | ) |

For the reasons stated by this Court's contemporaneously issued Order Adopting in Part and Declining to Adopt in Part the Report and Recommendation and Denying the Habeas Corpus Petition for Lack of Merit, final judgment is hereby entered in favor of the respondent and against the petitioner Mardell Council.

DATE:   March 31, 2014

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE